UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPANHIA BRASILEIRA CARBURETO DE CALCIA – CBCC, ) ) ) Plaintiff, ) ) v. ) ) APPLIED INDUSTRIAL MATERIALS ) CORPORATION, et al., ) ) Defendants. ) | Civil Action No. 01-0646 (TPJ) |
| COMPANHIA FERROLIGAS MINAS GERAIS – MINASLIGAS, et al., ) ) ) Plaintiffs, ) ) v. ) ) APPLIED INDUSTRIAL MATERIALS ) CORPORATION, et al., ) ) Defendants. ) | Civil Action No. 01-2678 (TPJ) |

**FILED**

FEB 2 2 2002

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Pursuant to Fed. R. Civ. P. 42(a), it appearing to this Court that these cases involve common questions of law or fact, and in accordance with the proceedings at the status conference of February 22, 2002, it is, this 22nd day of February, 2002,

ORDERED, that these cases are consolidated for all purposes pending further order of court; and it is

FURTHER ORDERED, that all contested proceedings in this case are stayed for sixty



(60) days; and it is

FURTHER ORDERED, that the case is scheduled for a status conference on April 24, 2002, at 9:30 a.m.

                                                      Thomas Penfield Jackson
                                                      U.S. District Judge