UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPANHIA BRASILEIRA ) <br> CARBURETO DE CALCIA – CBCC, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> APPLIED INDUSTRIAL MATERIALS ) <br> CORPORATION, et al., ) <br>  ) <br> Defendants. ) | Civil Action No. 00-0646 (TPJ) <br><br> **FILED** <br> APR 2 4 2002 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| COMPANHIA FERROLIGAS ) <br> MINAS GERAIS – MINASLIGAS, et al., ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> APPLIED INDUSTRIAL MATERIALS ) <br> CORPORATION, et al., ) <br>  ) <br> Defendants. ) | Civil Action No. 01-2678 (TPJ) |

ORDER

In accordance with the proceedings in open court of April 24, 2002, and upon consideration of the several motions to dismiss, plaintiffs' oppositions, and all other filings related thereto, it is, this 24th day of April, 2002,

ORDERED, that the motion to dismiss by defendant Applied Industrial Materials Corporation [15-1] is denied without prejudice; and it is

FURTHER ORDERED, that the motion to dismiss by defendant Elkem Metals Company,

Inc. [13-1] is denied without prejudice; and it is

FURTHER ORDERED, that the motion to dismiss by defendant Elkem ASA [36-1] is denied without prejudice; and it is

FURTHER ORDERED, that the motion to dismiss by defendant CC Metals & Alloys, Inc. [12-1] is denied without prejudice; and it is

FURTHER ORDERED, that the motion to dismiss by defendant Globe Metallurgical, Inc. [17-1 and 20-1] is denied without prejudice; and it is

FURTHER ORDERED, that all contested proceedings in this case, other than the filing in due course of motions to dismiss by defendants Degussa and The Ferroalloys Association, are stayed pending further order of this court; and it is

FURTHER ORDERED, that the case is scheduled for a status conference on October 29, 2002, at 2:00 p.m.

                                                  Thomas Penfield Jackson
                                                  U.S. District Judge