UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **COMPANHIA BRASILEIRA CARBURETO DE CALCIO - CBCC,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 01-646 (RMC) |
| **APPLIED INDUSTRIAL MATERIALS CORP.,** *et al.*, | ) ) ) ) | (Consolidated with Civil Action No. 01-2678 (RMC)) |
| Defendants. | ) ) | |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the Motion to Dismiss filed by Elkem Metals, Inc. and Elkem A/S [Civ. No. 01-646, Dkt. # 79 & Civ. No. 01-2678, Dkt. # 29] is **GRANTED**; and it is

**FURTHER ORDERED** that the Motion to Dismiss filed by Evonik DeGussa GmbH [Civ. No. 01-646, Dkt. # 80 & Civ. No. 01-2678, Dkt. # 30] is **GRANTED**; and it is

**FURTHER ORDERED** that the Motion to Dismiss filed by Applied Industrial Materials Corporation [Civ. No. 01-646, Dkt. # 82 & Civ. No. 01-2678, Dkt. # 32] is **GRANTED**; and it is

**FURTHER ORDERED** that the Motion to Dismiss filed by CC Metals & Alloys, Inc. [Civ. No. 01-646, Dkt. # 84 & Civ. No. 01-2678, Dkt. # 34] is **GRANTED**; and it is

**FURTHER ORDERED** that Globe Metallurgical, Inc. and The Ferroalloys

Association are **DISMISSED**; and it is

**FURTHER ORDERED** that these consolidated cases are **DISMISSED** and closed.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


Date: March 26, 2010               _____/s/_____
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge