# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMPANHIA BRASILEIRA CARBURETO DE CALCIO – CBCC, *et al.*,<br><br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>APPLIED INDUSTIRAL MATERIALS CORP., *et al.*,<br><br>　　　　**Defendants.** | **Civil Action No. 01-646 (RMC)**<br>Consolidated with<br>Civ. No. 01-2678 |

## ORDER

Having been advised by counsel that this action has been settled in principle, it is hereby

**ORDERED** that the case is **DISMISSED**.  The dismissal shall be without prejudice from now through May 12, 2014.  If settlement is not consummated by that date, either party may reopen the action upon motion approved by the Court.  Should counsel fail to move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed with prejudice.  This case is closed.

Date:  March 19, 2014　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　ROSEMARY M. COLLYER
　　　　　　　　　　　　　　　　　　　　　United States District Judge