# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMPANHIA BRASILEIRA**<br>**CARBURETO DE CALCIO - CBCC**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>　　　　　　　　　　　　*v.*<br><br>**APPLIED INDUSTRIAL**<br>**MATERIALS CORP. et al.,**<br><br>　　　　　　　　　　**Defendants.** | **Civil Action No. 01-00646**<br>**(RMC)** |
| **COMPANHIA FERROLIGAS**<br>**MINAS GERAIS-MINASLIGAS, et al.,**<br><br>　　　　　　　　　　**Plaintiffs,**<br><br>　　　　　　　　　　　　*v.*<br><br>**APPLIED INDUSTRIAL**<br>**MATERIALS CORP. et al.,**<br><br>　　　　　　　　　　**Defendants.** | **Civil Action No. 01-02678**<br>**(RMC)** |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Upon agreement of the parties, by and through their respective undersigned counsel, it is HEREBY ORDERED that this action, and all claims made therein, shall be DISMISSED WITH PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each Party to bear its own costs.

This the _____ day of _____, 2014.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ROSEMARY M. COLLYER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**/s/**_____
James H. Hulme
Matthew M. Wright
ARENT FOX LLP
1717 K Street, N.W.
Washington, D.C. 20036-5342
(202) 857-6000/Telephone
(202) 857-6395/Facsimile

*Attorneys for Defendant CC Metals and Alloys, Inc.*

**/s/**_____
Dale Hershey
Michael R. Borasky
ECKERT, SEAMANS, CHERIN & MELLOTT
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

*Attorneys for Defendant EMC Metals, Inc.*

**/s/**_____
Theodore J. Low
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive, Suite 2100
Chicago, IL 60606-3094

*Attorneys for Defendant Applied Industrial Materials Corporation*


**/s/**_____
Steven J. Greenfogel
LITE DEPALMA GREENBERG, LLC
1521 Locust Street
7th Floor
Philadelphia, PA 19102
*Attorneys for Plaintiffs*

Dated: April 18, 2014